IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA            No. 02:08cr254-GLL-001

v.

GERALD TILLMAN,

   Defendant

## *ORDER*

AND NOW, this **21** day of July, 2008, pursuant to the foregoing Defendant's Motion For Leave Court to File a Document Under Seal –

1. The motion is hereby granted;

2. The Clerk is hereby directed to place under seal Mr. Tillman's request pursuant to 18 USC § 3006A(e)(1); and

3. That particular pleading shall remain impounded until further order of court.

BY THE COURT:

*[signature]*, J.

cc: Greg Nescott, Esquire
    Mark A. Sindler, Esquire