PS 8
(pawp 1/2005)

# UNITED STATES DISTRICT COURT
## for
## Western District Of Pennsylvania

2008 AUG -1 PM 2:25
U S DIS...  ...URT

U.S.A. vs. Gerald Tillman      Docket No.    0315 2:08CR00254-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct of defendant Gerald Tillman, who was placed under pretrial release supervision by the Honorable Robert C. Mitchell sitting in the COURT at Pittsburgh, PA, on the 3rd day of July 2008, under the following conditions:

The defendant shall report to Pretrial Services as directed, not possess a firearm, not use alcohol excessively, not use or unlawfully possess controlled substances, participate in drug testing and treatment as directed, and report any contact with law enforcement.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

1. The defendant tested positive on July 9, July 23, and July 30, 2008, for marijuana use.
2. The defendant refused drug treatment.

PRAYING THAT THE COURT WILL ORDER THAT A BOND REVIEW HEARING BE SCHEDULED TO ADDRESS THE DEFENDANT'S NONCOMPLIANCE.

### ORDER OF COURT

Considered and ordered this 4th day of Aug, 2008, and ordered filed and made a part of the records in the above case.

_____
Gary L. Lancaster
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    August 1, 2008

_____
Rebecca Guenther
U.S. Pretrial Services/Probation Officer

_____
Elaine M. Johnston
Supervising U.S. Pretrial Services/Probation Officer

Place    Pittsburgh, PA