IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA   )
                          )
       v.              )    Criminal No. 08-254
                          )
GERALD TILLMAN          )

O R D E R

AND NOW, this ___14th___ day of January, 2009, upon consideration of the government's Response to Motion for Leave of Court to Unseal Document, it is hereby ORDERED that, for the reasons set forth in the government's Motion, the defendant's motion is hereby DENIED.

_____
United States District Judge