IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | Criminal No. 08-254 |
| GERALD TILLMAN | ) | |
| | ) | |

ORDER

Before the court is counsel for defendant's motion for leave to file an interim payment request for attorneys' fees [doc. no. 45]. The court has taken the motion under advisement. Counsel should be mindful, however, of the $7,800 compensation limitation under the Criminal Justice Act (CJA), 18 U.S.C.A. § 3006(A)(d)(2), as well as the court's opinion in U.S. v. Tray, No. 06-060, 2009 WL 82228 (W.D. Pa. Jan. 12, 2009).

BY THE COURT:

/s/ Gary L. Lancaster

, Gary L. Lancaster
United States District Judge

cc: All counsel of record