IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          No. 2:08cr254-GLL-001

v.

GERALD TILLMAN,

        Defendant

## **ORDER**

AND NOW, this 27th day of April, 2009, pursuant to the within Motion to File a Document Under Seal, it is hereby ordered and decreed,

1. The motion is granted;

2. Counsel for Mr. Tillman shall file his request under seal; and

3. The Clerk shall accept for filing said request, subjecting it to impoundment until further order of court.

BY THE COURT:

_____, J.

cc: Robert V. Barth, Jr., Clerk