IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | No. 2:08cr254-GLL-001 |
|---|---|
| v. | |
| GERALD TILLMAN, | |
| Defendant | |

AND NOW, THIS 12th DAY OF May 09, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE

## *MOTION FOR PARTIAL RECONSIDERATION*

COMES NOW, GERALD TILLMAN, the Defendant, by and through his counsel, Mark A. Sindler, Esquire, and represents as follows

1. On April 28, 2009 this Honorable Court issued a memorandum opinion explaining its basis for rejecting Mr. Tillman's request to review the pre-sentence investigation reports of two government witnesses.

2. Those witnesses are Bruce Tate and Elijah Rhodes.

3. We seek reconsideration of this order, in light of the memorandum opinion and arguments presented in court April 14, 2009, only as to Rhodes.

4. A memorandum offering the basis for reconsideration accompanies this request.

WHEREFORE, pursuant to the foregoing averments, Mr. Tillman respectfully requests that this Honorable Court reconsider the request for *in camera* review of the pre-sentence investigation report prepared for Elijah Rhodes' prospective sentencing proceeding.