```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

UNITED STATES OF AMERICA,       )
                                )
    vs.                         )   Criminal No. 08-254
                                )
GERALD TILLMAN,                 )
    Defendant.                  )

## ORDER

AND NOW, this 21st day of August, 2009, IT IS HEREBY ORDERED that the Pretrial Conference in the instant case, scheduled for August 21, 2009 is rescheduled to <u>Thursday, September 10, 2009 at 10 a.m.</u>.

IT IS FURTHER ORDERED that jury selection and trial, scheduled to begin on August 24, 2009, will now begin before the undersigned on <u>Monday, September 14, 2009 at 9:30 a.m.</u>.

                                    BY THE COURT:

                                    <u>s/Gary L. Lancaster</u>        ,J.
                                    The Honorable Gary L. Lancaster,
                                    United States District Judge

cc:    Gregory J. Nescott,
       Assistant United States Attorney

       Mark A. Sindler, Esquire
       450 Allegheny Building
       429 Forbes Avenue
       Pittsburgh, PA 15219

       U.S. Marshal

       U.S. Pretrial Services

       U.S. Probation