IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 08-254 |
| | ) |
| GERALD TILLMAN | ) |

O R D E R

AND NOW, to wit, this 17th day of September, 2009, upon consideration of the Government's Motion to Partially Unseal the Change of Plea Transcript of Bruce Tate on July 23, 2008 at Criminal Number 07-238, it is hereby ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the court reporter will make available an unredacted copy of that transcript to the government and counsel for the defendant Gerald Tillman. That portion of the transcript will then again be placed under seal.

_____
UNITED STATES DISTRICT JUDGE

cc: United States Attorney