# UNITED STATES DISTRICT COURT

for

Western District Of Pennsylvania

2010 MAR 17 AM 11:36

CLERK
U S DISTRICT COURT

U.S.A. vs. Gerald Tillman                                   Docket No.   0315 2:08CR00254-001

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct of defendant Gerald Tillman, who was placed under pretrial release supervision by the Honorable Robert C. Mitchell sitting in the COURT at Pittsburgh, PA, on the 3rd day of July 2008, under the following conditions:

The defendant shall report to Pretrial Services as directed; not possess a firearm; not use alcohol excessively; not use or unlawfully possess controlled substances; participate in drug testing and treatment as directed; and report any contact with law enforcement.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

1. The defendant tested positive on March 3, 2010, for marijuana use.

PRAYING THAT THE COURT WILL ORDER THAT A BOND REVIEW HEARING BE SCHEDULED TO ADDRESS THE DEFENDANT'S NONCOMPLIANCE. HEARING WILL BE HELD ON THURSDAY, APRIL 1, 2010 AT 10 AM IN COURTROOM #3A, 3RD FLOOR, U.S. COURTHOUSE, PITTSBURGH, PENNSYLVANIA.

ORDER OF COURT

Considered and ordered this 24th day of March 03, 2010, and ordered filed and made a part of the records in the above case.

Gary L. Lancaster
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 17, 2010

Rebecca Guenther
U.S. Pretrial Services/Probation Officer

Kimberly D. Williams
Supervising U.S. Pretrial Services/Probation Officer

Place   Pittsburgh, PA