IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Criminal No. 08-254 |
| GERALD TILLMAN | ) |
| | ) |

ORDER

Gary L. Lancaster,
Chief Judge.                                                June 23, 2010

AND NOW, after careful consideration of counsel's June 11, 2010 Motion for Reconsideration [document #120], IT IS HEREBY ORDERED that the motion is DENIED. The court's order of June 3, 2010 stands.

BY THE COURT:

_____, C.J.

cc: All Counsel of Record