# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 08-254 |
| | ) | |
| GERALD TILLMAN, | ) | Judge Cathy Bissoon |
| | ) | |
| Defendant. | ) | |

## ORDER

Defendant's Motion (Doc. 127) to reduce sentence under 18 U.S.C. § 3582(c)(2) will be denied. In response to the Motion, the Government explains why Defendant categorically is ineligible for a reduction. *See* Govt.'s Opp'n Br. (Doc. 129) at 1-2 (Defendant already has been sentenced below putative adjusted guideline-range). The Federal Public Defender, appointed for the benefit of Defendant in this regard, offers no contrary opinion. *See* Order dated Sept. 24, 2015 (Doc. 128) (appointing FPD, and allowing period of time, now expired, for FPD to file reply brief in support of reduction, if warranted). Defendant is ineligible for a reduction under Section 3582(c)(2), and his Motion (**Doc. 127**) is **DENIED**.

IT IS SO ORDERED.


November 9, 2015                            s\Cathy Bissoon
                                                           Cathy Bissoon
                                                           United States District Judge

cc (via ECF email notification):

All Counsel of Record

cc (via First-Class U.S. Mail):

Gerald Tillman
30032-068
Federal Satellite Low
2680 Hwy. 301 South
Jessup, GA 31599