# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) Criminal No. 08-254 |
| v. | ) |
| | ) Judge Cathy Bissoon |
| GERALD TILLMAN, | ) |
| | ) |
| Defendant. | ) |

## ORDER

In late November 2018, Defendant transmitted to Judge Joy Flowers Conti a letter, referencing the Second Chance Act and requesting that the Court assist him, if possible, regarding his anticipated placement in a halfway-house. *See* Def.'s Correspondence (filed as an appendix to this Order). Judge Conti's Chambers forwarded the letter to the undersigned, as the Judge assigned to the above-referenced Criminal Action.

Although Defendant's letter is respectful and heartfelt, the Court is unable to assist him as requested. Initially, requests of this kind are subject to exhaustion-requirements, and they properly are filed in the district-of-confinement. U.S. v. Broadway, 2018 WL 5817939, *1 (W.D.N.C. Nov. 6, 2018) (citations omitted). Even were that not the case, the undersigned has adopted the reasoning in U.S. v. Harrell, 2018 WL 4868816 (E.D.N.C. Oct. 7, 2018), dictating that "the [BOP] is in the best position to determine the appropriateness of a prisoner's halfway house placement." *Id.* at *1 (citing relevant legal authority).

Although the Court is not in a position to assist Defendant, the undersigned remains hopeful that he will coordinate with his administrators to achieve a plan that serves his and his family's needs, consistent with the BOP's directives and missions.

IT IS SO ORDERED.

January 17, 2019                                s\Cathy Bissoon
                                                Cathy Bissoon
                                                United States District Judge

cc (via First-Class U.S. Mail):

Gerald Tillman
30032-068
Housing Unit 5751
Federal Correctional Institution
P.O. Box 2000
Fort Dix, NJ  08640


cc (via ECF email notification):

All counsel of record